No. 96–5094. BAKER v. RUNYON, POSTMASTER GENERAL, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–5095. DEMAREY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–5096. OLIVER v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5098. HICKMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5099. DILLINGHAM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–5100. DUNBAR v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5101. BAUCUM v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–5102. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5103. JACKSON v. TAMMINGA. C. A. 6th Cir. Certiorari denied.

No. 96–5104. MCCARTHY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5105. MCCARTHY v. KUPEC, WARDEN. Super. Ct. Conn., Tolland Jud. Dist. Certiorari denied.

No. 96–5106. NEWPORT v. MICHELIN AIRCRAFT TIRE, AKA MICHELIN TIRE CORP. C. A. 8th Cir. Certiorari denied.

No. 96–5107. ISAACS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 96–5108. NOWACZYK v. NEW HAMPSHIRE ET AL. C. A. 1st Cir. Certiorari denied.

No. 96–5109. LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.